with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of ESTHER MARGOLIS, as General Guardian, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EDWARD L. CAUMANNS, an Infant, v. WILLIAM H. STANLEY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EASTMAN KODAK COMPANY v. JACOB MANDEL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of IRENE HARFT [MARTIN CATTS].— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of IRENE HARFT [MARTIN CATTS].— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES DEXTER v. GREAT ATLANTIC AND PACIFIC TEA COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES DEXTER v. GREAT ATLANTIC AND PACIFIC TEA COMPANY.— Motion for stay granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CONCITTINA SCIBETTA, as Administratrix, etc., v. ARTHUR J. SHADEK.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLSID REALTY COMPANY v. BELJAY REALTY HOLDING COMPANY and Others. — Motion to dismiss appeal denied, and motion for stay pending determination of defendants' appeal from order entered April 14, 1925, granted, upon condition stated in memorandum for counsel. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MORRIS RADEL v. CHARLES J. JAFFE. ESTHER RADEL v. CHARLES J. JAFFE.— Motions to dismiss appeals granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

KENT-COSTIKYAN TRADING CO., INC., v. AMERICAN RAILWAY EXPRESS COMPANY.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SAM APPEL v. THE PUBLIC NATIONAL BANK OF NEW YORK.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JACOB KAUFMAN v. NEW YORK EVENING POST, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLMARK SERVICE SYSTEM, INC., v. ISAAC SILVER & BROS. COMPANY.— Applications granted. Orders signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of MAX NATHAN, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.